UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE:    ROBERTO GARCIA, JR.                                        CASE NUMBER: 25-18375-LMI

## TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION
### (If this case is dismissed, this deficiency is an objection to reinstate)

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections UNTIL all documents are provided to the Trustee and reviewed for issues raised and additional documents needed.* **See Court Notice of Commencement for additional information and Trustee's website www.CH13miami.com for forms and procedures.**

> As appropriate, all written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal. The Trustee's Office has a "Pre-call" date, **THE THURSDAY PRIOR TO THE HEARING**. During this period, the Debtor's or Creditor's attorney must call and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes to this recommendation the day before the hearing on the front page of the Trustee's website.

***\*\*\*RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT\*\*\****

**THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED**

TRUSTEE'S RECOMMENDATION FOR HEARING                          LAST REVIEWED: **1/6/2026**

*Objection to Exemption (28): Homestead/522(p) & Valuation*

**4AP (s/b 3AP) served 10/17**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record: Continue to 2/3**:
**Due on or before 1/16:** Remains unresolved from 10/14: 1) Object or Conform to POC No. 6 (bifurcated claim – cannot be direct pay; personally guaranteed by Debtor per attachments to POC), 2) Provide trace and accounting of use of funds from sale of warehouse, per documents Debtor received $461,704.47 – pending trace of $186,197.43 as Trustee has received evidence of amounts used to purchase homestead, 3) Provide six months pre-petition credit card statements (Amex – need May and June): payments to said credit card from acct# 5658 and Remains unresolved from 11/4: 7) Provide photos, list and exhibit referenced in FJ and valuation of all artwork in Husband's possession per Final Judgment of Dissolution of Marriage (No artwork disclosed on Schedule B) and **NEW ISSUES due on or before 1/16**: 8) Amend plan to pay CH7 of $39,488.27 per ECF No. 89, or if proven to be less, amend plan to pay CMI/DI of $36,660 once Line 33d is reduced to $0.00 as per Debtor's letter business is making the payments to the SBA and 9) Amend plan to select "Included" in Section I for Other Provisions

*Trustee will request dismissal on February calendar if deficiency not addressed in its entirety by 1/16*

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402